[No. 63604-9-I.   Division One.   March 22, 2010.]

LOLA HANADA ET AL., *Respondents*, v. JAMAL JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-35806-4, Julie A. Spector, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Appelwick, JJ.

[No. 36382-8-II.   Division Two.   March 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY REGINALD HARKNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00165-4, Richard L. Brosey, J., entered May 23, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 38244-0-II.   Division Two.   March 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE MICHAEL RANCIPHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01749-8, Katherine M. Stolz, J., entered August 22, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38257-1-II.   Division Two.   March 23, 2010.]

*In the Matter of the Detention of* DARNELL MCGARY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-14060-1, Ronald E. Culpepper, J., entered August 19, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ. Now published at 155 Wn. App. 771.